<u>NOT FOR PUBLICATION</u>

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JAMES COLLINS,** | |
| Plaintiff | Civil Action No. 15-4393 (ES) (JAD) |
| v. | ORDER |
| **STEVENS INSTITUTE OF TECHNOLOGY, et al.** | |
| Defendants. | |

**SALAS, DISTRICT JUDGE**

On July 27, 2015, Plaintiff James Collins filed a motion to remand. (D.E. No. 5). On December 2, 2015, United States Magistrate Judge Joseph A. Dickson denied Plaintiff's motion to remand via Report and Recommendation. (D.E. No. 15). Pursuant to Local Civil Rule 72.1(c)(2), the parties had fourteen days to file and serve any objections to Judge Dickson's Report and Recommendation. To date, neither party has filed any objections.

Having reviewed Judge Dickson's Report and Recommendation, and for the reasons stated therein,

IT IS on this 2nd day of March 2016;

**ORDERED** that the Court adopts United States Magistrate Judge Joseph A. Dickson's Report and Recommendation, (D.E. No. 15), in full as the Opinion of this Court; and it is further

**ORDERED** that the Plaintiff's motion to remand is DENIED; and it if further

**ORDERED** that the Clerk of the Court shall terminate docket entries 5 and 15.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**
