NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES COLLINS,<br><br>        Plaintiff,<br><br>        v.<br><br>STEVENS INSTITUTE OF TECHNOLOGY, et al.,<br><br>        Defendants. | Civil Action No. 15-4393 (ES) (JAD)<br><br>ORDER |

**SALAS, DISTRICT JUDGE**

Pending before the Court is the motion to remand filed by Plaintiff James Collins. (D.E. No. 32). On August 3, 2016, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the Court grant Plaintiff's motion to remand. (D.E. No. 40). The parties had fourteen days to file and serve any objections to Judge Dickson's Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). To date, neither party has filed any objections.

Having reviewed the parties' submission and Judge Dickson's Report and Recommendation, and for the reasons stated therein,

**IT IS** on this 29th day of August 2016,

**ORDERED** that this Court adopts Magistrate Judge Dickson's Report and Recommendation, (D.E. No. 40), in full, as the Opinion of this Court; and it is further

**ORDERED** that this case is REMANDED; and it is further

**ORDERED** that the Clerk of the Court may terminate docket entry numbers 32 and 40; and it is further

**ORDERED** that the Clerk of the Court may mark this matter as closed.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**